1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-043 WHA |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DANTE ALAPATI SAGOTE, | |
| Defendant. | ) Date: February 14, 2017 to April 11, 2017 ) Time: 2:00 p.m. |

The parties appeared before the Honorable William Alsup on February 14, 2017, for an initial status conference. Defense counsel explained that the government is continuing to produce discovery and that the case has some cross-over with two other firearms cases prosecuted in this district in 2016. Defense counsel represented that he needs additional time to assess the case. Therefore, the parties requested, and the Court granted, a continuance until April 11, 2017. The parties also stipulated, and the Court ordered, that time between February 14, 2017 and April 11, 2017, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

STIP. AND ~~PROPOSED~~ ORD. CONT. & EXCL. TIME UNDER S.T.A.
CR 17-043 WHA                     1

| | |
|---|---|
| 1 | The parties further stipulate, and ask the Court to find, that the requested continuance and |
| 2 | exclusion of time are in the interests of justice and outweigh the best interest of the public and the |
| 3 | defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). |
| 4 | SO STIPULATED. |

DATED: February 16, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney

DATED: February 16, 2017

/s/
MARK R. VERMEULEN
Counsel for Defendant Dante Alapati Sagote

For the reasons stated, this matter is continued until April 11, 2017 at 2:00 p.m. The time between February 14, 2017 and April 11, 2017, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: April 13, 2017.

HONORABLE WILLIAM ALSUP
United States District Judge

### Attestation of Filer

In addition to myself, the other signatory to this document is Mark R. Vermeulen. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: February 16, 2017

/s/
KATHERINE L. WAWRZYNIAK
Assistant United States Attorney