Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
markrvermeulen@gmail.com

Attorney for Defendant
DANTE SAGOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANTE SAGOTE,<br><br>Defendant. | No. 3:17-cr-0043-WHA<br><br>**DECLARATION OF COUNSEL PROVIDING FURTHER INFORMATION RE: THE EARLIER SUBMITTED** *STIPULATION AND [Proposed] ORDER TO EARLY TERMINATE LOCATION MONITORING PROGRAM* **(Dkt. No. 44)** |
|---|---|

I, Mark R. Vermeulen, declare:

1.     I am an attorney duly admitted to practice before this Court and I am appointed to represent Defendant Dante Sagote in this action.  I provide this declaration to clarify the steps taken in the preparation of the earlier submitted *Stipulation and [Proposed] Order to Early Terminate Location Monitoring Program* (Dkt. No. 44; hereinafter "Stipulation"), and the steps taken following the Court's issuance of the *Order re Location Monitoring Request* (Dkt. No. 45; hereinafter "Order").

2.     In preparing the Stipulation, I was in communication with U.S. Probation Officer Jacinta Hoving, who is supervising Mr. Sagote on supervised release, and with AUSA Katherine Wawrzyniak, who is handling the case.  I prepared an initial draft of the Stipulation and provided it to them for review and approval.  Revisions were proposed, and we arrived at language that was mutually acceptable to all three of us.  In hindsight, it would have been wiser for me to include Ms. Hoving's name in the

Stipulation as the person providing the information on behalf of the U.S. Probation Office; apologies for my oversight.

3. Upon the issuance of the Order, I was again in communication with Ms. Hoving. From those communications we determined that since the matter was set for an in-person hearing in the near future (i.e., the status hearing set for August 3), we would simply address the matter at the hearing, rather than submit a separate additional filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2022 at San Francisco, CA.

/S/
Mark R. Vermeulen